**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION**

| | | |
|---|---|---|
| **U.S. Equal Employment** | ) | |
| **Opportunity Commission,** | ) | |
| George H. Fallon Federal Building | ) | |
| 31 Hopkins Plaza, Suite 1432 | ) | |
| Baltimore, MD  21201, | ) | |
| | ) | |
| **Plaintiff,** | ) | **COMPLAINT** |
| | ) | |
| v. | ) | |
| | ) | **JURY TRIAL DEMAND** |
| **Ourisman Cars Management** | ) | |
| **Company, LLC** | ) | |
| Corporate Office | ) | |
| 807 Rockville Pike | ) | |
| Rockville, MD 20852 | ) | |
| | ) | |
| **Ourisman Edgewood I, Inc.** | ) | |
| **T/A Ourisman Toyota 40** | ) | |
| 1101 Business Center Way | ) | |
| Edgewood (Harford County), | ) | |
| Maryland 21040 | ) | |
| | ) | |
| **Defendants** | ) | |
| | ) | |

NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, and Title I

of the Civil Rights Act of 1991 to correct unlawful employment practices and to provide

appropriate relief to David Williams and Jan O'Neil Thompson ("Williams" and "Thompson")

as adversely affected by such practices. As alleged with greater particularity below, the United

States Equal Employment Opportunity Commission (the "EEOC" or the "Commission") alleges

that Ourisman Cars Management Company, LLC and Ourisman Edgewood I, Inc. t/a Ourisman

Toyota 40 (Defendants) unlawfully discriminated against Williams and Thompson by subjecting them to racial harassment and constructively discharging them.

## JURISDICTION AND VENUE

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(l) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(l) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.      The employment practices alleged to be unlawful were committed within Harford County, Maryland in the jurisdiction of the United States District Court for the District of Maryland.

## PARTIES

3.      Plaintiff, the United States Equal Employment Opportunity Commission, is the Agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(l) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(l) and (3).

4.      At all relevant times, Defendants, a Maryland Limited Liability Company and a Maryland Corporation, have continuously been doing business in the State of Maryland, Harford County and have continually had at least 15 employees.

5.      At all relevant times, Defendants have continuously been employers engaged in an industry affecting commerce within the meaning of Sections 701(b),(g) and (h) of Title VII, 42 U.S.C. § 2000e(b),(g), and (h).

6.     At all relevant times, Defendants employed Williams and Thompson within the meaning of Sections 701(b),(g) and (h) of Title VII, 42 U.S.C. § 2000e(b),(g) and (h).

7.     At all relevant times, Defendants are an integrated enterprise operating under the unregistered trade name Ourisman Automotive Group.

a.     Ourisman Automotive Group operates 18 car dealerships throughout Maryland, Delaware, and Virginia including Ourisman Toyota 40 in Harford County, Maryland.

b.     Ourisman Automotive Group operates ourismancars.com, a website which markets all 18 dealerships. If a visitor to the website enters a Harford County zip code into the "find a dealer" bar they will be directed to Ourisman Toyota 40.

c.     The website identifies Benjamin Ourisman as a common founder and his sons are the current owners and managers of the dealerships.

d.     Ourisman Auto Group conducts recruitment and hiring for all 18 dealerships through ourismancars.com.

e.     Ourisman Auto Group offers a common package of benefits for all 18 dealerships.

f.     Ourisman Auto Group transfers employees among dealerships.

g.     Ourisman Auto Group maintains common employment policies, and a common employee handbook which is issued from its corporate office at 807 Rockville Pike, Rockville, Maryland 20852.

h.     Defendants Ourisman Edgewood I, Inc. and Ourisman Cars Management, LLC also maintain offices at 807 Rockville Pike Rockville, Maryland 20852.

i.     Defendants Ourisman Edgewood I, Inc. and Ourisman Cars Management, LLC have the same registered agent.

<u>ADMINISTRATIVE PROCEDURES</u>

8.      More than 30 days prior to the institution of this lawsuit, Williams filed a charge with the Commission alleging violations of Title VII by Defendants.

9.      On August 11, 2025, the Commission issued to Defendants a Letter of Determination finding reasonable cause to believe that they violated Title VII and inviting them to join with the Commission in informal methods of conciliation to endeavor to eliminate the discriminatory practices and provide appropriate relief.

10.     On August 28, 2025, Defendants informed the Commission that they were unwilling to engage in conciliation.

11.     The Commission was unable to secure from Defendants a conciliation agreement acceptable to the Commission.

12.      All conditions precedent to the initiation of this lawsuit have been fulfilled.

<u>STATEMENT OF CLAIMS</u>

13.     Since at least in or around February 2023, Defendants have engaged in unlawful employment practices in violation of Section 703(a)(1) of Title VII, 42 U.S.C. § 2000e-2(a)(l) by subjecting Williams and Thompson to racial harassment and constructively discharging them.

        a.      Williams and Thompson worked for Defendants as car salespeople at their location in Harford County, Maryland.

        b.      Williams and Thompson are African American.

c. All vehicle sales involving dealer-financing required Williams and Thompson to seek financing approved by Rafeyeth Chowdhury (Chowdhury), the onsite sales manager.

d. Chowdhury is not African American.

e. In or around February 2023 Williams took financing paperwork to Chowdhury for approval. Chowdhury approved that paperwork and said, "good job boy."

f. Williams told Chowdhury that the term "boy" was racially offensive when used to address an adult African American male.

g. Williams reported the matter to sales manager Greg Brown.

h. Later that week Williams again took paperwork to Chowdhury, who again called him "boy."

i. Williams reported the matter to Brown a second time.

j. On or about Saturday, February 11, 2023, Williams and Thompson, were leaving for the weekend when Chowdhury addressed them and said, "good night boys!" Williams told Chowdhury that they were men and not boys. Chowdhury then shouted, "Good night [N-word]s!"

k. Williams again reported the matter to Greg Brown.

l. Defendants did not take steps to assure Williams and Thompson that they would be protected from further abusive language from Chowdhury.

m. Defendants did not separate Williams and Thompson from Chowdhury and all three men continued to work in a small cluster of offices and workspaces in the back of the car dealership.

n.      Defendants continued to require Williams and Thompson to take financing paperwork to Chowdhury for approval.

o.      Williams and Thompson found that continuing to work with Chowdhury and Defendants' lack of response to Chowdhury's racist conduct was intolerable and constructively discharged.

<u>PRAYER FOR RELIEF</u>

Wherefore, the Commission respectfully requests that this Court:

A.      Grant a permanent injunction enjoining Defendants, their officers, successors, assigns, agents, servants, employees, attorneys, and all persons in active concert or participation with them, from engaging in harassment based on race and from engaging in reprisal or retaliation against any person who engages in protected activity under Title VII;

B.      Order Defendants to institute and carry out policies, practices, and programs which prevent harassment based on race and prohibit reprisal or retaliation against any person who engages in protected activity under Title VII;

C.      Order Defendants to implement non-discriminatory objectives, written policies and practices regarding the terms and conditions of employment and sign and conspicuously post, for a designated period of time, a notice to all employees that sets forth the remedial action required by the Court and informs all employees that Defendants will not tolerate harassment based on race and that Defendants will not take any action against employees because they have exercised their rights under Title VII;

D.      Order Defendants to make Williams and Thompson whole by providing appropriate backpay with prejudgment interest, in amounts to be determined at trial, and other

affirmative relief necessary to eradicate the effects of their unlawful employment practices, including but not limited to reinstatement or front pay in lieu of reinstatement;

E.     Order Defendants to make Williams and Thompson whole by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 13;

F.     Order Defendants to make Williams and Thompson whole by providing compensation for past and future non-pecuniary losses including emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, embarrassment, frustration, and humiliation, in amounts to be determined at trial;

G.     Order Defendants to pay Williams and Thompson punitive damages for its callous indifference to their federally protected rights to be free from race-based harassment;

H.     Grant such further relief as the Court deems necessary and proper in the public interest; and

I.     Award the Commission its costs in this action.

JURY TRIAL DEMAND

The United States Equal Employment Opportunity Commission requests a jury trial on all questions of fact raised by its Complaint.

UNITED STATES EQUAL
EMPLOYMENT OPPORTUNITY
COMMISSION
Washington, D.C.

Catherine L. Eschbach
Acting General Counsel

Christopher Lage
Deputy General Counsel


/S

_____

DEBRA M. LAWRENCE
Regional Attorney




/S

_____

ERIC S. THOMPSON
Senior Trial Attorney
UNITED STATES EQUAL
EMPLOYMENT OPPORTUNITY
COMMISSION
Baltimore Field Office
George H. Fallon Federal Building
31 Hopkins Plaza, Suite 1432
Baltimore, Maryland 21201
Phone: (410) 801-6696

8